**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 3:04-cr-131 |
| ) | **(Phillips)** |
| **THOMAS ERIC CALE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the court on defendant's motion to release surety bond [Doc. 99]. After being sentenced on June 2, 2005, defendant was placed in the custody of the United States Marshal Service. Defendant requests that his mother, Mrs. Betty Cale, be returned monies in the amount of $5,000 which she paid as a cash surety bond on behalf of her son.

Because the defendant is in custody, defendant's motion [Doc. 99] is **GRANTED**. The Clerk of Court is **ORDERED** to release the surety bond in the amount of $5,000 to Mrs. Betty Cale.

**IT IS SO ORDERED**.

**ENTER:**

s/ Thomas W. Phillips
United States District Judge